**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |
| JAMES ROMEY, solely in his capacity as Successor Trustee of the SilverRock Litigation Trust,<br><br>Plaintiff,<br>v.<br><br>THE ROBERT GREEN COMPANY; ROBERT GREEN RESIDENTIAL, INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | Adv. Pro. No. 26-50599 (MFW) |

## CERTIFICATE OF SERVICE

I, Simon E. Fraser, certify that I am, and at all times during the service of process was, not less than eighteen (18) years of age and not a party to the matter concerning which service of process was made. I further certify that service of the Summons, Notice of Dispute Resolution Alternatives, Complaint and Substitution of Successor Trustee as Plaintiff Pursuant to Fed. R. Bank. P. 2012(b) and Entry of Appearance by Counsel for Successor Trustee was made on Friday, October 30, 2026 by U.S. First Class Mail, postage pre-paid, addressed to:

Robert Green Residential, Inc.
343 Fourth Avenue
San Diego, California 92101

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

Under penalty of perjury I declare that the foregoing is true and correct.

**COZEN O'CONNOR**

Dated: October 30, 2026

*/s/ Simon E. Fraser*

John T. Carroll, III (#4060)
Simon E. Fraser (#5335)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2000
jcarroll@cozen.com
sfraser@cozen.com

*Counsel to James Romey, Successor Trustee*