**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **SilverRock Development Company, LLC,** *et al.,* | § | **Case No. 24-11647 (MFW)** |
| | § | |
| | § | |
| **Debtors.** | § | |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on September 18, 2026, pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7026 of the Federal Rules of Bankruptcy Procedure, Construction Loan Services II, LLC d/b/a Builders Capital ("**Builders**"), by and through its undersigned counsel, served the Expert Report of Marc Dunec of FTI Consulting (the "**Expert Report**") upon counsel for the parties.

**PLEASE TAKE FURTHER NOTICE** that Builders hereby expressly reserves, and does not waive, any and all rights to supplement, amend or otherwise modify this Expert Report as necessary and as permitted by applicable law or order of the Court.

Dated: September 18, 2026

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ *James O'Neill*

James O'Neill, Esq. (DE Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652 4400
Email: joneill@pszjlaw.com

-and-

Ira D. Kharasch, Esq. (*pro hac vice* ECF 940)
Gregory V. Demo, Esq. (*pro hac vice* ECF 935)

Jordan A. Kroop, Esq. (*pro hac vice* ECF 941)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: ikharasch@pszjlaw.com
gdemo@pszjlaw.com
jkroop@pszjlaw.com

-and-

**POLSINELLI PC**
Michael L. Schuster (*pro hac vice* ECF 925)
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Telephone: (720) 931-1188
Fascimile: (302) 252-0921
Email: mschuster@polsinelli.com

*Attorneys for Construction Loan Services II, LLC*
*d/b/a Builders Capital*

**CERTIFICATE OF SERVICE**

I, James O'Neill, hereby certify that on September 18, 2026, I caused a true and correct copy of the foregoing Notice of Service, to be served upon all counsel and parties entitled to receive notice via CM/ECF.

*/s/ James O'Neill*
James O'Neill