# <u>Exhibit A</u>

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SilverRock Development Company, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket No___** |

**ORDER AUTHORIZING THE FILING OF CERTAIN INFORMATION UNDER SEAL IN CONNECTION WITH THE JOINT EMERGENCY MOTION FOR (A) TEMPORARY *EX PARTE* RELIEF (I) SUSPENDING JACOB WOOD'S AUTHORITY AS LITIGATION TRUSTEE, (II) FREEZING AND PRESERVING LITIGATION TRUST ACCOUNTS, AND (III) COMPELLING AN IMMEDIATE ACCOUNTING; AND (B) AFTER AN EXPEDITED HEARING, (IV) REMOVING JACOB WOOD FOR CAUSE, (V) DESIGNATING A SUCCESSOR LITIGATION TRUSTEE, AND (VI) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the Joint Movants for entry of an order (this "Order"), pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rules 9013-1(a) and 9018-1: (a) authorizing the Joint Movants to redact commercially sensitive information from the Emergency Motion and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)–(b)(1) and 1334(b) and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), that the Court may decide by a final order consistent with Article III of the United States Constitution; and the Court

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

having found that venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion's request for the relief granted herein having been given under the circumstances, and it appearing that no other or further notice is necessary for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Litigation Trust, its beneficiaries, including the Joint Movants, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Joint Movants are authorized to file the Emergency Motion under seal.

3. The Joint Movants are authorized and directed to make unredacted copies of the Emergency Motion available to the Court, the Clerk of the Court, the U.S. Trustee, and counsel to the Litigation Trust.

4. Any party who receives the unsealed Emergency Motion in accordance with this Order shall not disclose or otherwise disseminate such information to any other person or entity other than to the Litigation Trustee and governmental or regulatory entities or agencies without the prior consent of the Joint Movants or order of this Court.

5. This Order is entered without prejudice to any party who wishes to seek to unseal any portion of the Emergency Motion upon a motion to this Court.

6. The Joint Movants are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.